UNITED STATES of America,
Plaintiff-Appellee,

v.

Concepcion GARZA–GONZALEZ,
Defendant–Appellant.

No. 03–40018.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Concepcion Garza–Gonzalez appeals his conviction following his guilty plea to importing 45.125 kilograms of marijuana in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(4), and 18 U.S.C. § 2. Garza–Gonzalez argues that §§ 952 and 960 are facially unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). He ac-

knowledges that his argument is foreclosed by this court's decision in *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir. 2000), *cert. denied*, 532 U.S. 1045, 121 S.Ct. 2015, 149 L.Ed.2d 1015 (2001), but raises the issue only to preserve it for review in the Supreme Court.

*Slaughter* applies by analogy to the instant case because the statutes at issue are similar in structure and content. One panel of this court may not overrule another. *See United States v. Fowler*, 216 F.3d 459, 461 (5th Cir.), *cert. denied*, 531 U.S. 960, 121 S.Ct. 387, 148 L.Ed.2d 298 (2000).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.